1  KROLOFF, BELCHER, SMART,
   PERRY & CHRISTOPHERSON
2  Velma K. Lim (SBN 111006)
   vlim@kroloff.com
3  Jamie M. Bossuat (SBN 267458)
   jbossuat@kroloff.com
4  7540 Shoreline Drive
   Stockton, CA 95219
5  Telephone:  (209) 478-2000
   Facsimile:   (209) 478-0354
6
   Attorneys for Defendant
7  STOCKTON INDUSTRIAL
   SUPPLY, INC.
8

9                    UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11

12
   SCOTT JOHNSON,                          Case No. 2:14-CV-02842-TLN-EFB
13
         Plaintiff,                        **STIPULATION TO EXTEND TIME FOR**
14                                         **DEFENDANT TO FILE A RESPONSIVE**
   vs.                                     **PLEADING AND ORDER**
15
   STOCKTON INDUSTRIAL SUPPLY, INC., a
16 California Corporation; and DOES 1-10,

17        Defendants.

18

19        IT IS HEREBY STIPULATED AND AGREED between plaintiff Scott Johnson and defendant

20 Stockton Industrial Supply, Inc., through their respective attorneys, that the deadline for defendant

21 Stockton Industrial Supply, Inc. to file a responsive pleading shall be extended by fourteen (14) days to

22 January 21, 2015.  The time extension provides the parties an opportunity to address potential

23 resolution of this matter.

24 Dated:  December 29, 2014              CENTER FOR DISABILITY ACCESS

25                                       *//s// Mark Potter*

26                                       _____
                                         MARK POTTER
27                                       Attorneys for Plaintiff
                                         SCOTT JOHNSON
28

STIPULATION TO EXTEND TIME FOR           - 1 -              Case No. 2:14-CV-02842-TLN-EFB
DEFENDANT TO FILE A RESONSIVE PLEADING
AND ORDER

1 | Dated: December 29, 2014

KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON

//s// *Velma K. Lim*

VELMA K. LIM
Attorneys for Defendant
STOCKTON INDUSTRIAL SUPPLY, INC.

**ORDER**

Upon consideration of the foregoing stipulation between the parties, and good cause appearing,

IT IS SO ORDERED.

Dated: January 6, 2015

Troy L. Nunley
United States District Judge

STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESONSIVE PLEADING AND ORDER           -2-           Case No. 2:14-CV-02842-TLN-EFB